IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

PARAGON TANK TRUCK
EQUIPMENT, LLC,

        Plaintiff,                               JUDGMENT IN A CIVIL CASE

    v.                                         Case No. 14-cv-69-wmc

PARISH TRUCK SALES, INC. and
VACZILLA TRUCKING, LLC,

        Defendants.

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Parish Truck Sales, Inc. and Vaczilla Trucking, LLC against plaintiff Paragon Tank Truck Equipment, LLC dismissing this case for lack of personal jurisdiction.

      _____s/ A. Wiseman, Deputy Clerk_____         ___September 11, 2014___
             Peter Oppeneer, Clerk of Court                        Date